UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

In Re: Colgate-Palmolive Softsoap
Antibacterial Hand Soap Marketing
and Sales Practices Litigation

                                                           Civil No. 12-md-2320-PB
                                                           12-cv-2325-PB

O R D E R

By notice dated March 12, 2012, Attorney **Angela L. Harris** was instructed to register for Electronic Case Filing (ECF) within thirty (30) days. To date, attorney **Angela L. Harris** has not registered as instructed.

**Angela L. Harris** shall register for ECF on or before May 21, 2012. Failure to register by that date shall result in attorney **Angela L. Harris** being removed as counsel of record.

SO ORDERED.

May 7, 2012                                                     */s/ Paul Barbadoro*
                                                                 Paul Barbadoro
                                                                 United States District Judge

cc:    **Angela L. Harris, Esq.**
        All Counsel of Record